UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DAVID A. WATSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL, Commissioner of Social )<br>Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:19-CV-575-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 27]. The court DENIES plaintiff's motion for judgment on the pleadings [D.E. 19], GRANTS defendant's motion for judgment on the pleadings [D.E. 23], AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on January 26, 2021, and Copies To:**
Stephen Neal Camak               (via CM/ECF electronic notification)
Michael W. Bertics               (via CM/ECF electronic notification)
Mark J. Goldenberg               (via CM/ECF electronic notification)

DATE:                            PETER A. MOORE, JR., CLERK
January 26, 2021                 (By) /s/ Nicole Sellers
                                 Deputy Clerk